No. 92–7613.  GREEN v. UNITED STATES.  C. A. 3d Cir.  Certiorari denied.

No. 92–7645.  PEDRO v. SCHIEDLER, SUPERINTENDENT, OREGON WOMEN'S CORRECTIONAL CENTER.  C. A. 9th Cir.  Certiorari denied.

No. 92–7656.  BARTRUG v. UNITED STATES.  C. A. 4th Cir.  Certiorari denied.

No. 92–7702.  HARRIS v. UNITED STATES; and
No. 92–7773.  HARRIS v. UNITED STATES.  C. A. 6th Cir.  Certiorari denied.  Reported below: 983 F. 2d 1069.

No. 92–7707.  BUCHANAN v. UNITED STATES.  C. A. 11th Cir.  Certiorari denied.

No. 92–7709.  ARRINGTON v. UNITED STATES.  C. A. 4th Cir.  Certiorari denied.

No. 92–7711.  BOWEN v. UNITED STATES.  C. A. 11th Cir.  Certiorari denied.

No. 92–7712.  BROXSON v. UNITED STATES.  C. A. 9th Cir.  Certiorari denied.

No. 92–7716.  DUROCHER v. FLORIDA.  Sup. Ct. Fla.  Certiorari denied.

No. 92–7718.  JOHNSON v. UNITED STATES.  C. A. 9th Cir.  Certiorari denied.

No. 92–7719.  FRAZIER v. UNITED STATES.  C. A. 3d Cir.  Certiorari denied.

No. 92–7720.  HERNANDEZ-ARCE v. UNITED STATES.  C. A. 9th Cir.  Certiorari denied.

No. 92–7722.  BILLINGSLEY v. UNITED STATES.  C. A. 5th Cir.  Certiorari denied.

No. 92–7723.  CANTY v. UNITED STATES.  C. A. 4th Cir.  Certiorari denied.

No. 92–7730.  CHARLES v. UNITED STATES.  C. A. 3d Cir.  Certiorari denied.